# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**JOHNNY LAMBERT**                                                                                              **PLAINTIFF**

**VERSUS**                                                      **CIVIL ACTION NO.   4:07-cv-124-HTW-LRA**

**JOHNNY CROCKETT, et al.**                                                                        **DEFENDANTS**

## ORDER

Upon initial consideration of the complaint filed pursuant to 42 U.S.C. § 1983 by the Plaintiff in the above entitled action, it is hereby,

ORDERED:

1. That within twenty days of this date Plaintiff shall file a written response to specifically state how Kemper County Board of Supervisors violated his constitutional rights.

2. **That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the Plaintiff and may result in this cause being dismissed without further notice to the Plaintiff.**

3. That the Clerk of Court is directed to mail a copy of this order to the Plaintiff at his last known address.

THIS, the 15th day of October, 2007.


                                        s/Linda R. Anderson
                                        UNITED STATES MAGISTRATE JUDGE